UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

|  |  |
|---|---|
| NICOLE FISHER,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>　　　Defendant. | No. SACV 17-02019 VEB<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($3,600.00) subject to the terms of the Stipulation.


DATE:　April 28, 2019　　/s/Victor E. Bianchini

　　　　　　　　　　　　　HON. VICTOR E. BIANCHINI,
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE